**UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH CAROLINA**
**BEAUFORT DIVISION**

| | |
|---|---|
| Larry A. White,<br><br>Plaintiff,<br><br>v.<br><br>Leon Morrell, Ervin Brazil, Casey Maloney, Jeremiah Mckissack, and Conor Fredericks,<br><br>Defendants. | Case No: 9:24-cv-3821-JDA<br><br>**JOINT STATUS REPORT** |

In response to the Court's Text Order directing the parties to file a joint status report (ECF 144), the parties do not consent to a reference of this case to a United Status magistrate judge.

Respectfully Submitted,

s/ Michael T. Smith
Michael T. Smith (Fed ID #4781)
Charles F. Turner, Jr. (Fed ID #5849)
Willson Jones Carter & Baxley, P.A.
325 Rocky Slope Road, Suite 201
Greenville, SC 29607
(864) 447-5239
mtsmith@wjcblaw.com
cfturner@wjcblaw.com
*Attorneys for Defendants Ervin Brazil, Casey Maloney, and Conor Frederick*

**WE CONCUR:**

s/ Derek A. Shoemake
Derek A. Shoemake (Fed ID #10825)
Connell Law Firm LLC
20 Townlee Lane, Suite A
Lugoff, SC 29078
(803) 408-8500
derek@lawconnell.com
*Attorney for Plaintiff*

s/ P. Christopher Smith, Jr.
James P. Walsh (Fed ID #5636)

P. Christopher Smith, Jr. (Fed ID #9921)
Clarkson Walsh & Coulter, P.A.
Post Office Box 6728
Greenville, SC 29606
(864) 232-4400
jim.walsh@clarksonwalsh.com
chris.smith@clarksonwalsh.com
*Attorneys for Defendant Leon Morrell*

s/Stephanie H. Burton
Stephanie H. Burton (Fed ID #5009)
Gibbes Burton, LLC
308 East St. John Street
Spartanburg, SC 29302
(864) 327-5000
sburton@gibbesburton.com
*Attorney for Defendant Jeremiah Mckissack*

April 15, 2026.