**UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH CAROLINA**
**BEAUFORT DIVISION**

| | | |
|---|---|---|
| Larry A. White, | ) | Case No: 9:24-cv-3821-CMC |
| | ) | |
| Plaintiff, | ) | **MOTION IN LIMINE TO** |
| | ) | **EXCLUDE KENRICK** |
| v. | ) | **EDWARDS AS TRIAL** |
| | ) | **WITNESS** |
| Leon Morrell, Ervin Brazil, Casey Maloney, | ) | |
| Jeremiah Mckissack, and Conor Fredericks, | ) | |
| | ) | |
| Defendants. | ) | |

Defendants move to exclude Inmate Kenrick Edwards (SCDC #365254) as a witness for Plaintiff. Plaintiff identified inmate Edwards as a potential trial witness and Defendants scheduled his deposition. Prior to the commencement of his deposition and off the record, Mr. Edwards stated that he did not know Plaintiff Larry White, that he did not know anything about an affidavit, and that he was not going to testify at trial. In fact, inmate Edwards refused on multiple occasions to be sworn in for the taking of a deposition to put any of his aforementioned statements on the record. Counsel for Defendants and Plaintiff agree as to Inmate Edward's actions which was put on the record and is attached as Exhibit 1.

Based upon Mr. Edwards' refusal to be deposed, as expressly sanctioned by this Court, Defendants move to exclude him as a trial witness for Plaintiff.

Respectfully Submitted,

s/ Michael T. Smith
Michael T. Smith (Fed ID #4781)
Willson Jones Carter & Baxley, P.A.
325 Rocky Slope Road, Suite 201
Greenville, SC 29607
(864) 447-5239
mtsmith@wjcblaw.com
*Attorneys for Defendants Ervin Brazil,*
*Casey Maloney, and Conor Fredericks*

s/ P. Christopher Smith, Jr.
P. Christopher Smith, Jr. (Fed ID 9921)
Clarkson Walsh & Crudup, PA
P.O. Box 6728
Greenville, SC 29606
(864) 232-4400
chris.smith@clarksonwalsh.com
*Attorney for Defendant Leon Morrell*


s/Stephanie H. Burton
Stephanie H. Burton (Fed ID 5009)
Gibbes Burton, LLC
308 East St. John St.
Spartanburg, SC 29302
(864) 327-5000
sburton@gibbesburton.com
*Attorney for Defendant Jeremiah McKissack*


August 4, 2026