IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
BEAUFORT DIVISION

Larry A. White, #371303

Plaintiff,

v.

Leon Morrell, Ervin Brazil, Casey Maloney, Jacqueline Anderson, Jeremiah McKissick, Conor Fredericks, and SCDC,

Defendants.

C.A. No.: 9:24-cv-03821-CMC

**DEFENDANTS' OBJECTIONS TO PLAINTIFF'S EXHIBITS**

Pursuant to the Court's Amended Pretrial Scheduling Order dated July 13, 2026 (ECF No. 163), Defendants submit the following objections to Plaintiff's exhibits.

| Ex. # | **Description** | **Defendants' Objections** |
|---|---|---|
| P1 | April 11, 2024 Incident Report by Irvin Brazil | |
| P2 | April 11, 2024 MIN 24-04-0551-0017 Details and Notes pages | |
| P3 | April 11, 2024 Medical Statement Note | |
| P4 | April 16, 2024, Medical Encounter | |
| P5 | April 17, 2024 MIN Report Re 4-11-24 Use of Force Incident | |
| P6 | April 26, 2024 MIN 24-04-0551-0017 Details and Notes pages | |
| P7 | May 9, 2024, Medical Encounter | |
| P8 | May 23, 2024, Medical Encounter | |
| P9 | May 30, 2024, Medical Encounter | |
| P10 | June 3, 2022, Malony Refusal to Follow Orders | Irrelevant FRE 403; inadmissible character evidence FRE 404; prejudice outweighs probative value |
| P11 | March 18, 2025 Affidavit of Antwan Grayson (ECF 91-3) | |
| P12 | March 18, 2025 Affidavit of Kenrick Edwards (ECF 91-4) | Inadmissible hearsay, FRE 802 |
| P13 | Brazil Maloney Fredericks Answers to RTAs | Inadmissible hearsay, FRE 802 |
| P14 | Morrell Response to RTA | Inadmissible hearsay, FRE 802 |

| | | |
|---|---|---|
| P15 | McKissack's Response to Plaintiff's RTA | Inadmissible hearsay, FRE 802 |
| P16 | Medical-Sick Call Forms | |
| P17 | Medical Notes | |
| P18 | PREA Checklist for Medical Staff | |
| P19 | White, Stacie - Depo Exhibits | Pages 2-8 Inadmissible hearsay; hearsay within hearsay FRE 802; improper lay expert opinion FRE 701 |
| P20 | SCDC Policy OP-22.01 Use of Force | Irrelevant FRE 403; inadmissible character evidence FRE 404; prejudice outweighs probative value; Restricted Policy |
| P21 | SCDC Policy OP-22.35 Contraband Control | Irrelevant FRE 403; inadmissible character evidence FRE 404; prejudice outweighs probative value |
| P22 | SCDC Policy GA-06.11 PREA | Irrelevant FRE 403; inadmissible character evidence FRE 404; prejudice outweighs probative value |
| P23 | SCDC Policy OP-22.19 Searches of Inmates | Irrelevant FRE 403; inadmissible character evidence FRE 404; prejudice outweighs probative value |
| P24 | SCDC Policy OP-22.25 Reporting Incidents/MINs | Irrelevant FRE 403; inadmissible character evidence FRE 404; prejudice outweighs probative value |
| P25 | Defendants' Prior Discovery Responses (for impeachment) | Irrelevant FRE 403; inadmissible character evidence FRE 404; prejudice outweighs probative value |
| P26 | Brazil, Irvin J_Redacted Personnel File Pages 125-128, 135, 178, `96 | Irrelevant FRE 403; inadmissible character evidence FRE 404; prejudice outweighs probative value; inadmissible hearsay FRE 802; hearsay within hearsay |
| P27 | Fredericks, Conor P_Redacted Personnel File Pages 88-89, 181-82, 217 | Irrelevant FRE 403; inadmissible character evidence FRE 404; prejudice outweighs probative value; inadmissible hearsay FRE 802; hearsay within hearsay |
| P28 | Maloney, Casey J_ Redacted Personnel File Pages 142-46, 158-63 | Irrelevant FRE 403; inadmissible character evidence FRE 404; prejudice outweighs probative value; inadmissible hearsay FRE 802; hearsay within hearsay |
| P29 | McKissack, Jeremiah H_Redacted Personnel File Pages 66-72, 73-80 | Irrelevant FRE 403; inadmissible character evidence FRE 404; prejudice outweighs probative value; inadmissible hearsay FRE 802; hearsay within hearsay |
| P30 | Morell, Leon J_Redacted Personnel File Pages 3-4, 21-22, 155-56 | Irrelevant FRE 403; inadmissible character evidence FRE 404; prejudice outweighs probative value; inadmissible hearsay FRE 802; hearsay within hearsay |

Respectfully submitted,

s/Stephanie H. Burton
Stephanie H. Burton (Bar No. 5009)
Gibbes Burton, LLC
308 East St. John St.
Spartanburg, South Carolina 29302
864.327.5000
sburton@gibbesburton.com

*Attorneys for Jeremiah McKissack*

s/P. Christopher Smith, Jr.
P. Christopher Smith, Jr. (Bar No. 9921)
CLARKSON, WALSH & CRUDUP, P.A.
Post Office Box 6728
Greenville, South Carolina 29606
Phone: (864) 232-4400
Fax: (864) 235-4399
chris.smith@clarksonwalsh.com

*Attorneys for Defendant Leon Morrell*

s/Michael T. Smith
Michael T. Smith (Bar No. 4781)
Willson Jones Carter & Baxley
325 Rocky Slope Road, Suite 201
Greenville, South Carolina 29607
864.527.3280
mtsmith@wjcblaw.com

*Attorneys for Irvin Brazil, Casey Maloney, and Conor Fredericks*

August 11, 2026