IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
BEAUFORT DIVISION

Larry A. White,

Plaintiff,

vs.

Leon Morell, Irvin Brazil, Casey Maloney, Jeremiah McKissack, and Conor Fredericks,

Defendants.

Civil Action No. 9:24-cv-03821-CMC

**Plaintiff's Objections to Defendants' Exhibits**

| | Def. No. | Desciption | Agreed | Basis of Objection |
|---|---|---|---|---|
| | 1 | January 13, 2015 Picture of Plaintiff from Princess Johnson's Facebook Page | | Irrelevant, unfairly prejudicial, no foundation, precedes events relevant to this litigation. |
| | 2 | January 14, 2015 Picture of Plaintiff from Princess Johnson's Facebook Page | | Irrelevant, unfairly prejudicial, no foundation, precedes events relevant to this litigation. |
| | 3 | January 16, 2015 Picture of Plaintiff from Princess Johnson's Facebook Page | | Irrelevant, unfairly prejudicial, no foundation, precedes events relevant to this litigation. |
| | 4 | September 17, 2016 Picture of Side Injury from Plaintiff's Facebook Page | | Irrelevant, unfairly prejudicial, no foundation, precedes events relevant to this litigation. |
| | 5 | May 4, 2017 Incident Report by Ofc. Settles (Cellphone) | | Irrelevant, unfairly prejudicial, precedes events relevant to this litigation. |
| | 6 | May 12, 2017 Incident Report by Sgt. K. Lloyd (Cellphone) | | Irrelevant, unfairly prejudicial, precedes events relevant to this litigation. |
| | 7 | April 15, 2018 RHU Classification Committee Review | | Irrelevant, unfairly prejudicial, precedes events relevant to this litigation. |
| | 8 | April 17, 2018 Incident Report by Lt. V. Smith (Cellphone, Weapon) | | Irrelevant, unfairly prejudicial, precedes events relevant to this litigation. |

| | | | | |
|---|---|---|---|---|
| | 9 | March 20, 2019 Incident Report by Sgt. Micaela Addison (Cellphone, Drugs, Escape Tool, Weapon) | | Irrelevant, unfairly prejudicial, precedes events relevant to this litigation. |
| | 10 | March 27, 2019 Incident Report by Lt. Thomas Clark (Contraband) | | Irrelevant, unfairly prejudicial, precedes events relevant to this litigation. |
| | 11 | September 30, 2019 Incident Report by Ofc. Matthew Brokaw (Throwing Substance) | | Irrelevant, unfairly prejudicial, precedes events relevant to this litigation. |
| | 12 | December 12, 2019 Incident Report by Ofc. Christopher Campisi (Striking an Employee) | | Irrelevant, unfairly prejudicial, precedes events relevant to this litigation. |
| | 13 | March 20, 2020 Incident Report by Ofc. Steven Fleshman (Assault/Battery, Weapon) | | Irrelevant, unfairly prejudicial, precedes events relevant to this litigation. |
| | 14 | March 23, 2020 Incident Report by Cpl. D. Chandler (STG Material) | | Irrelevant, unfairly prejudicial, precedes events relevant to this litigation. |
| | 15 | March 26, 2020 Step 1 Inmate Grievance Form, Grievance No. PCI-0223-20 (PREA) | | Irrelevant, unfairly prejudicial, precedes events relevant to this litigation, and Rule 412. |
| | 16 | March 29, 2020 Step 1 Inmate Grievance Form, Grievance No. PCI-0227-20 (PREA) | | Irrelevant, unfairly prejudicial, precedes events relevant to this litigation, and Rule 412. |
| | 17 | April 10, 2020 Crisis Visit with Mary Woods, QMHP | | Irrelevant, unfairly prejudicial, precedes events relevant to this litigation. |
| | 18 | May 4, 2020 Disposition of PREA Report (I/M Refused to Sign) | | Irrelevant, unfairly prejudicial, precedes events relevant to this litigation, and Rule 412. |
| | 19 | May 4, 2020 Report of Findings - Refused Interview | | Irrelevant, unfairly prejudicial, precedes events relevant to this litigation, and Rule 412. |
| | 20 | June 30, 2020 Incident Report by Ofc. Daniel Rivera (Cellphone) | | Irrelevant, unfairly prejudicial, precedes events relevant to this litigation. |
| | 21 | December 7, 2020 Incident Report by Lt. Francisco Collazo (Cellphone, Weapon) | | Irrelevant, unfairly prejudicial, precedes events relevant to this litigation. |
| | 22 | February 22, 2021 Incident Report by Lt. Francisco Collazo (Cellphone, Weapon) | | Irrelevant, unfairly prejudicial, precedes events relevant to this litigation. |

| | | | | | |
|---|---|---|---|---|---|
| | | 23 | April 25, 2022 Incident Report by DW John Palmer (Threatening, Smuggling) | | Irrelevant, unfairly prejudicial, precedes events relevant to this litigation. |
| | | 24 | April 26, 2022 Incident Report by Sgt. A. Hester (STG Material) | | Irrelevant, unfairly prejudicial, precedes events relevant to this litigation. |
| | | 25 | May 5, 2022 Incident Report by Cpt. Brent Blakely (Contraband) | | Irrelevant, unfairly prejudicial, precedes events relevant to this litigation. |
| | | 26 | August 16, 2022 Psychiatric Clinic with Amy Duppstadt-Delambo, NP | | Irrelevant, unfairly prejudicial, precedes events relevant to this litigation. |
| | | 27 | January 25, 2024 Grayson v. Williams - Affidavit of Larry A. White | | Irrelevant, unfairly prejudicial, precedes events relevant to this litigation. |
| | | 28 | February 9, 2024 Step 1 Inmate Grievance Form, Grievance No. LeeCI-0172-24 | | Irrelevant, unfairly prejudicial, precedes events relevant to this litigation. |
| | | 29 | February 26, 2024 Plaintiff's Kiosk Request submitted at 4:38 p.m. | | Irrelevant, unfairly prejudicial, precedes events relevant to this litigation. |
| | | 30 | February 28, 2024 Plaintiff's Kiosk Request submitted at 3:14 p.m. | | Irrelevant, unfairly prejudicial, precedes events relevant to this litigation. |
| | | 31 | March 5, 2024 Plaintiff's Kiosk Request submitted at 9:31 a.m. | | Irrelevant, unfairly prejudicial, precedes events relevant to this litigation. |
| | | 32 | April Emails Regarding the Targeted Cell Search | | Unfairly prejudicial / needs redaction in reference to gangs or drug dealing |
| | | 33 | April 11, 2024 Incident Report by Casey Maloney (re Plaintiff) | Y | |
| | | 34 | April 11, 2024 Incident Report by Conor Fredericks | Y | |
| | | 35 | April 11, 2024 Incident Report by Irvin Brazil | Y | |
| | | 36 | April 11, 2024 Incident Report by Jeremiah McKissack | Y | |
| | | 37 | April 11, 2024 Incident Report by Leon Morell | Y | |
| | | 38 | April 11, 2024 Incident Report of Casey Maloney (3 Cell Searches) | Y | |
| | | 39 | April 11, 2024 Kiosk Request submitted by Plaintiff at 12:45 p.m. | Y | |
| | | 40 | April 11, 2024 Kiosk Request submitted by Plaintiff at 7:47 p.m. | Y | |

| | | | | |
|---|---|---|---|---|
| | 41 | April 11, 2024 Plaintiff's Telephone Call with Stacie White at 1:03 p.m. | | Lack of foundation / need specific identification of sections to be used / duplicative / portions irrelevant / portions unfairly prejudicial |
| | 42 | April 11, 2024 Plaintiff's Telephone Call with Stacie White at 10:59 a.m. | Y | |
| | 43 | April 11, 2024 Plaintiff's Telephone Call with Stacie White at 4:43 p.m. | | Lack of foundation / need specific identification of sections to be used / duplicative / portions irrelevant / portions unfairly prejudicial |
| | 44 | April 11, 2024 Plaintiff's Telephone Call with Stacie White at 6:07 p.m. | | Lack of foundation / need specific identification of sections to be used / duplicative / portions irrelevant / portions unfairly prejudicial |
| | 45 | April 11, 2024 Post Use-of-Force Medical Visit with Jacob Pemberton | Y | |
| | 46 | April 11, 2024 QMHP Session with Michael Rintelman | Y | Subject to redaction per ECF 189 |
| | 47 | April 11, 2024 Receipt of Medical Equipment & Supplies (Elastic Ankle Support, XXL) | Y | |
| | 48 | April 11, 2024 Text Message from Plaintiff to Stacie White at 10:37 a.m. | Y | |
| | 49 | April 12, 2024 Incident Report Checklist for PREA Issues | Y | |
| | 50 | April 12, 2024 Incident Report completed by Arenda Thomas PREA | Y | |
| | 51 | April 12, 2024 Kiosk Request submitted by Plaintiff at 3:21 a.m. | Y | |
| | 52 | April 12, 2024 Kiosk Request submitted by Plaintiff at 3:28 a.m. | Y | |
| | 53 | April 12, 2024 Plaintiff's Telephone Call to the PREA hotline | Y | |
| | 54 | April 12, 2024 PREA Inmate Voluntary Statement written by Antwan Grayson | Y | |
| | 55 | April 12, 2024 PREA Inmate Voluntary Statement written by Plaintiff | Y | |
| | 56 | April 12, 2024 PREA Investigation Folder Checklist | Y | |
| | 57 | April 12, 2024 Provider Visit (PREA) with Jacques Days | Y | |

| | | | | |
|---|---|---|---|---|
| | 58 | April 12, 2024 Step 1 Inmate Grievance Form, Grievance No. 0414-24 | Y | |
| | 59 | April 13, 2024 Plaintiff's Telephone Call with Stacie White at 9:53 a.m. | | Lack of foundation / need specific identification of sections to be used / duplicative / portions irrelevant / portions unfairly prejudicial |
| | 60 | April 15, 2024 Plaintiff's Telephone Call with Stacie White at 11:54 a.m. | | Lack of foundation / need specific identification of sections to be used / duplicative / portions irrelevant / portions unfairly prejudicial |
| | 61 | April 15, 2024 Plaintiff's Telephone Call with Stacie White at 6:49 p.m. | | Lack of foundation / need specific identification of sections to be used / duplicative / portions irrelevant / portions unfairly prejudicial |
| | 62 | April 16, 2024 Plaintiff's Telephone Call with Stacie White at 9:14 a.m. | | Lack of foundation / need specific identification of sections to be used / duplicative / portions irrelevant / portions unfairly prejudicial |
| | 63 | April 16, 2024 RTSM submitted by Plaintiff (X-ray) | Y | |
| | 64 | April 16, 2024 Sick Call Visit with Cathy Johnson for left ankle sprain | Y | |
| | 65 | April 17, 2024 Email from Stacie White to Medical Concerns at 10:39 a.m. | Y | |
| | 66 | April 17, 2024 Email from Stacie White to Ombudsman at 7:48 a.m. | Y | |
| | 67 | April 17, 2024 Medical evaluation by Catherine Rimsky after transfer to McCormick | | Irrelevant, unfairly prejudicial, precedes events relevant to this litigation, and Rule 412. |
| | 68 | April 17, 2024 MIN Report Re 4-11-24 Use of Force Incident | Y | |
| | 69 | April 17, 2024 Plaintiff's Telephone Call with Stacie White at 6:59 a.m. | | Lack of foundation / need specific identification of sections to be used / duplicative / portions irrelevant / portions unfairly prejudicial |

| | | | | |
|---|---|---|---|---|
| | 70 | April 18, 2024 Memorandum from Roseann Wilson to Arenda Thomas (Plaintiff's Grievance) | | Irrelevant |
| | 71 | April 19, 2024 Medical documentation/sick call follow up by Robert Ladwig after transfer to Perry | | Irrelevant / duplicative |
| | 72 | April 21, 2024 Step 1 Inmate Grievance Form, Grievance No. McCI 0170-24 | | Irrelevant / unfairly prejudicial / unrelated to current litigation |
| | 73 | April 22, 2024 Email from Stacie White to Medical Concerns at 11:57 a.m. | Y | |
| | 74 | April 22, 2024 Email from Stacie White to Ombudsman at 11:59 a.m. | Y | |
| | 75 | April 23, 2024 Sick Call Request submitted by Plaintiff | Y | |
| | 76 | April 24, 2024 Step 1 Inmate Grievance Form, Grievance No. 0503-24 | Y | |
| | 77 | April 25, 2024 Email from Stacie White to Medical Concerns at 1:53 p.m. | | Irrelevant / unfairly prejudicial / duplicative |
| | 78 | April 25, 2024 Email from Stacy Harris to Stacie White at 7:46 p.m. | | Irrelevant |
| | 79 | April 25, 2024 Kiosk Request submitted by Plaintiff at 2:18 p.m. | Y | |
| | 80 | April 25, 2024 Sick Call Visit with Justin Johnson | | Irrelevant |
| | 81 | April 26, 2024 Email from Stacie White to Stacy Harris at 11:19 p.m. | | Irrelevant |
| | 82 | April 26, 2024 OIG Case Status Report - Initial Narrative | | Irrelevant / hearsay / opinion on ultimate conclusion |
| | 83 | April 29, 2024 OIG Case Status Report - Administratively Closed | | Irrelevant / hearsay / opinion on ultimate conclusion |
| | 84 | May 1, 2024 Individual Counsel/Psych Prog Note by Kathy Wyant (PREA Visit) | Y | Subject to redaction per ECF 189 |
| | 85 | May 1, 2024 Individual Counsel/Psych Prog Note by Kathy Wyant (QMHP Session) | Y | Subject to redaction per ECF 189 |
| | 86 | May 1, 2024 Step 1 Inmate Grievance Form, Grievance No. PCI-0277-16 | Y | |
| | 87 | May 3, 2024 Anderson Radiology X-ray report | Y | |
| | 88 | May 3, 2024 Kiosk Request submitted by Plaintiff at 10:47 a.m. | | Irrelevant / hearsay / duplicative |
| | 89 | May 7, 2024 Memorandum regarding the PREA Investigation | | Hearsay / unfairly prejudicial / opinion on ultimate conclusion |
| | 90 | May 7, 2024 MIN 24-04-0552-0027 Details and Notes pages | Y | |

| | | | | |
|---|---|---|---|---|
| | 91 | May 8, 2024 Plaintiff's Provider Visit (Ankle) | Y | |
| | 92 | May 8, 2024 Plaintiff's Sick Call Request (Ankle) | Y | |
| | 93 | May 8, 2024 Plaintiff's Sick Call Visit (Ankle) | Y | |
| | 94 | May 9, 2024 Step 1 Inmate Grievance Form, Grievance No. PCI-0301-24 | | Irrelevant / unfairly prejudicial / unrelated to current litigation |
| | 95 | May 13, 2024 Psych Visit with Kara Sieverdes | | Irrelevant / unfairly prejudicial / hearsay |
| | 96 | May 15, 2024 Medical Pass & Restrictions | Y | |
| | 97 | May 15, 2024 Plaintiff's Provider Visit (Ankle) with Amy Enloe | Y | |
| | 98 | May 15, 2024 Plaintiff's Sick Call Follow Up Visit with Rodriguez | Y | |
| | 99 | May 15, 2024 Plaintiff's Sick Call Request (Ankle) | Y | |
| | 100 | May 22, 2024 Sick Call with Jenny Rodriguez, RN | Y | |
| | 101 | May 31, 2024 Step 2 Inmate Grievance Form, Grievance No. 0414-24 | Y | |
| | 102 | May 31, 2024 Step 2 Inmate Grievance Form, Grievance No. 0503-24 | Y | |
| | 103 | February 24, 2025 Affidavit of Larry White (ECF 91-5) | Y | |
| | 104 | March 18, 2025 Affidavit of Antwan Grayson (ECF 91-3) | Y | |
| | 105 | March 18, 2025 Affidavit of Kenrick Edwards (ECF 91-4) | Y | |
| | 106 | June 20, 2025 Complaint (C.A. No.: 2025-CP-23-04301) | | Irrelevant / unfairly prejudicial / brings in information about separate lawsuit |
| | 107 | July 21, 2025 Hitchcock v. SCDC - Motion for Special Representation | | Irrelevant / unfairly prejudicial |
| | 108 | July 31, 2025 Hitchcock v. SCDC - Larry White's Response to Answer | | Irrelevant / unfairly prejudicial / brings in information about separate lawsuit |
| | 109 | August 18, 2025 Amended Complaint (C.A. No.: 2025-CP-23-04301) | | Irrelevant / unfairly prejudicial / brings in information about separate lawsuit |
| | 110 | September 8, 2025 Anderson Radiology X-ray report | | Irrelevant / unrelated to current litigation |

| | | | | |
|---|---|---|---|---|
| | 111 | October 2, 2025 Incident Report by Jenny Rodriguez, RN (re Ofc Loftis) | | Irrelevant, unfairly prejudicial, precedes events relevant to this litigation, and Rule 412. |
| | 112 | October 2, 2025 PREA Visit with Randall Vickery | | Irrelevant, unfairly prejudicial, precedes events relevant to this litigation, and Rule 412. |
| | 113 | May 29, 2026 Picture of Plaintiff from Adrienne Hayes's Facebook Page | | Irrelevant / unfairly prejudicial / unrelated to current litigation / lack of foundation |
| | 114 | Plaintiff's Text Messages with Stacie White in April 2024 (pp. 610-631) | | Unfairly prejudicial / various messages irrelevant / lack of foundation |
| | 115 | Plaintiff's Text Messages with Stacie White from May 1-10, 2024 (pp. 593-609) | | Unfairly prejudicial / various messages irrelevant / lack of foundation |
| | 116 | Plaintiff's Text Messages with Stacie White on May 14, 2024 (p. 590) | | Unfairly prejudicial / various messages irrelevant / lack of foundation |
| | 117 | Plaintiff's Text Messages with Stacie White from May 20-21, 2024 (pp. 581-582) | | Unfairly prejudicial / various messages irrelevant / lack of foundation |
| | 118 | Plaintiff's Text Messages with Stacie White from May 23, 2024 (pp. 577-578) | | Unfairly prejudicial / various messages irrelevant / lack of foundation |
| | 119 | Plaintiff's Text Messages with Stacie White on May 28, 2024 (p. 570) | | Unfairly prejudicial / various messages irrelevant / lack of foundation |
| | 120 | Plaintiff's Text Messages with Stacie White on June 11, 2024 (p. 548) | | Unfairly prejudicial / various messages irrelevant / lack of foundation |
| | 121 | Plaintiff's Text Messages with Stacie White on June 13, 2024 (p. 545) | | Unfairly prejudicial / various messages irrelevant / lack of foundation |
| | 122 | Plaintiff's Text Messages with Stacie White on June 18-19, 2024 (pp. 537, 539-540) | | Unfairly prejudicial / various messages irrelevant / lack of foundation |
| | 123 | Plaintiff's Text Messages with Stacie White on June 24, 2024 (p. 532) | | Unfairly prejudicial / various messages irrelevant / lack of foundation |
| | 124 | Plaintiff's Text Messages with Stacie White on June 28, 2024 (p. 523) | | Unfairly prejudicial / various messages irrelevant / lack of foundation |
| | 125 | Plaintiff's Text Messages with Stephanie Woodberry on July 2, 2024 (p. 518) | | Unfairly prejudicial / various messages irrelevant / lack of foundation |

| | | | | |
|---|---|---|---|---|
| | 126 | Plaintiff's Text Messages with Stacie White on July 5, 2024 (p. 513) | | Unfairly prejudicial / various messages irrelevant / lack of foundation |
| | 127 | Plaintiff's Text Messages with Stacie White on July 12, 2024 (p. 505) | | Unfairly prejudicial / various messages irrelevant / lack of foundation |
| | 128 | Plaintiff's Text Messages with Stacie White on July 17, 2024 (p. 502) | | Unfairly prejudicial / various messages irrelevant / lack of foundation |
| | 129 | Plaintiff's Text Messages with Stacie White from July 22-30, 2024 (pp. 484-487, 494) | | Unfairly prejudicial / various messages irrelevant / lack of foundation |
| | 130 | Plaintiff's Text Messages with Stacie White in August 2023 (pp. 448, 452, 453, 463, 466) | | Unfairly prejudicial / various messages irrelevant / lack of foundation |
| | 131 | Plaintiff's Text Messages with Stacie White from October 30-31, 2024 and November 6, 2024 (pp. 380, 384-385) | | Unfairly prejudicial / various messages irrelevant / lack of foundation |
| | 132 | Plaintiff's Text Messages with Stacie White on December 20, 2024 (p. 333) | | Unfairly prejudicial / various messages irrelevant / lack of foundation |

Respectfully submitted,
/s/ Derek A. Shoemake

Derek A. Shoemake (No. 10825)
derek@LawConnell.com
CONNELL LAW FIRM
20 Townlee Lane, Suite A
Lugoff, SC 29078
(803) 408-8500 (telephone)
(803) 408-8888 (facsimile)

August 12, 2026
Lugoff, SC

Attorney for Plaintiff