UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| Larry A. White,<br><br>Plaintiff,<br><br>v.<br><br>Leon Morell, Irvin Brazil, Casey Maloney, Jeremiah McKissack, and Conor Fredericks,<br><br>Defendants. | Case No.: 9:24-cv-03821-CMC<br><br>**VERDICT FORM** |

**Plaintiff's Federal Causes of Action**

1. Eighth Amendment Excessive Force Claim.

a. Do you unanimously find that Plaintiff has proved, by a preponderance of the evidence, that Defendant Leon Morell violated Plaintiff's Eighth Amendment right not to be subjected to excessive force?

_____ YES
__✓__ NO

*If you answered Yes to Question 1a, proceed to Question 1(a)(i). If you answered No to Question 1a, proceed to Question 1b.*

i. Did Defendant Leon Morell's acts, described in Question 1a above, cause injury to Plaintiff?

_____ YES
_____ NO

b. Do you unanimously find that Plaintiff has proved, by a preponderance of the evidence, that Defendant Irvin Brazil violated Plaintiff's Eighth Amendment right not to be subjected to excessive force?

_____ YES
__✓__ NO

*If you answered Yes to Question 1b, proceed to Question 1(b)(i). If you answered No to Question 1b, proceed to Question 1c.*

i. Did Defendant Irvin Brazil's acts, described in Question 1b above, cause injury to Plaintiff?

_____ YES
_____ NO

c. Do you unanimously find that Plaintiff has proved, by a preponderance of the evidence, that Defendant Casey Maloney violated Plaintiff's Eighth Amendment right not to be subjected to excessive force?

_____ YES
__✓__ NO

*If you answered Yes to Question 1c, proceed to Question 1(c)(i). If you answered No to Question 1c, proceed to Question 1d.*

i. Did Defendant Casey Maloney's acts, described in Question 1c above, cause injury to Plaintiff?

_____ YES
_____ NO

d. Do you unanimously find that Plaintiff has proved, by a preponderance of the evidence, that Defendant Conor Fredericks violated Plaintiff's Eighth Amendment right not to be subjected to excessive force?

_____ YES
__✓__ NO

*If you answered Yes to Question 1d, proceed to Question 1(d)(i). If you answered No to Question 1d, proceed to Question 1e.*

i. Did Defendant Conor Fredericks' acts, described in Question 1d above, cause injury to Plaintiff?

_____ YES
_____ NO

*If you answered Yes to any of Questions 1a-1d (including the corresponding (i)), please answer Question 1e:*

e. Please state the amount that will fairly compensate Plaintiff for any injury he sustained as a result of Defendants' conduct. If you find liability and causation, but do not find actual damages should be awarded, you may award nominal damages in the amount of $1.00.

Answer: $______________
(Fill in Dollar Figure)

2. Fourth Amendment Body Cavity Search Claim

a. Do you unanimously find that Plaintiff has proved, by a preponderance of the evidence, that Defendant Irvin Brazil violated Plaintiff's Fourth Amendment right not to be subjected to an unreasonable body cavity search?

_____ YES
__✓__ NO

*If you answered Yes to Question 2a, proceed to Question 2(a)(i). If you answered No to Question 2a, proceed to Question 3.*

i. Did Defendant Irvin Brazil's acts, described in Question 2a above, cause injury to Plaintiff?

_____ YES
_____ NO

*If you answered Yes to Questions 2a and 2(a)(i), please answer Question 2b:*

b. Please state the amount that will fairly compensate Plaintiff for any injury he sustained as a result of Defendant Irvin Brazil's conduct in this claim. If you find liability and causation, but do not find actual damages should be awarded, you may award nominal damages in the amount of $1.00.

Answer: $______________
(Fill in Dollar Figure)

3. Eighth Amendment Sexual Contact Claim

a. Do you unanimously find that Plaintiff has proved, by a preponderance of the evidence, that Defendant Irvin Brazil violated Plaintiff's Eighth Amendment right not to be subjected to sexual contact?

_____ YES
__✓__ NO

*If you answered Yes to Question 3a, proceed to Question 3(a)(i). If you answered No to Question 3a, proceed to Question 4.*

i. Did Defendant Irvin Brazil's acts, described in <u>Question 3a</u> above, cause injury to Plaintiff?

_____ YES
_____ NO

*If you answered Yes to Questions 3a and 3(a)(i), please answer Question 3b:*

b. Please state the amount that will fairly compensate Plaintiff for any injury he sustained as a result of Defendant Irvin Brazil's conduct in this claim. If you find liability and causation, but do not find actual damages should be awarded, you may award nominal damages in the amount of $1.00.

Answer: $______________
(Fill in Dollar Figure)

*If you answered yes on any of Questions 1a-1d, please continue to Question 4a. If you answered no to all of Questions 1a-1d, please proceed to Question 5.*

4. <u>Bystander Liability</u>

a. Do you unanimously find that Plaintiff has proved, by a preponderance of the evidence, that Defendant Jeremiah McKissack violated Plaintiff's Eighth Amendment right not to be subjected to excessive force as a bystander?

_____ YES
__✓__ NO

*If you answered Yes to Question 4a, proceed to Question 4(a)(i). If you answered No to Question 4a, proceed to Question 5.*

i. Did Defendant Jeremiah McKissack's acts, described in <u>Question 4a</u> above, cause injury to Plaintiff?

_____ YES
_____ NO

**Plaintiff's State Law Claims against Defendants**

5. Assault

a. Do you unanimously find that Plaintiff has proved, by a preponderance of the evidence, that Defendant Irvin Brazil committed assault against Plaintiff?

_____ YES
__✓__ NO

i. Do you unanimously find that Plaintiff has proved, by a preponderance of the evidence, that Defendant Irvin Brazil's actions in Question 5 were a proximate cause of Plaintiff's injuries?

_____ YES
__✓__ NO

b. Please state the amount that will fairly compensate Plaintiff for any injury he sustained as a result of Defendant Irvin Brazil's conduct as described in Question 5.

Answer: ______________
(Fill in Dollar Figure)

6. Intentional Infliction of Emotional Distress

a. Do you unanimously find that Plaintiff has proved, by a preponderance of the evidence, that Defendant Leon Morell intentionally inflicted emotional distress on Plaintiff?

_____ YES
__✓__ NO

b. Do you unanimously find that Plaintiff has proved, by a preponderance of the evidence, that Defendant Irvin Brazil intentionally inflicted emotional distress on Plaintiff?

_____ YES
__✓__ NO

c. Do you unanimously find that Plaintiff has proved, by a preponderance of the evidence, that Defendant Casey Maloney intentionally inflicted emotional distress on Plaintiff?

_____ YES

__✓__ NO

d. Do you unanimously find that Plaintiff has proved, by a preponderance of the evidence, that Defendant Conor Fredericks intentionally inflicted emotional distress on Plaintiff?

_____ YES
__✓__ NO

*If you found for Plaintiff on any of Questions 6a-d, please proceed to Question 6e.*

e. Do you unanimously find that Plaintiff has proved, by a preponderance of the evidence, that Defendants' actions in any of Questions 6a-d were a proximate cause of Plaintiff's injuries?

_____ YES
_____ NO

*If you answered Yes to Question 6e, please proceed to Question 6f.*

f. Please state the amount that will fairly compensate Plaintiff for any injury he sustained as a result of Defendants' conduct as described in Questions 6a-d.

Answer $___________
(Fill in Dollar Figure)

*If you found for Plaintiff on any of the constitutional claims in Questions 1-4 and awarded damages, you may now consider whether an award of punitive damages, as described in the jury instructions, is appropriate for such constitutional claims.*
*Please answer Question 7.*

7. Punitive Damages

a. Do you unanimously find that Plaintiff has proved, by a preponderance of the evidence, that Defendant Morell's conduct was motivated by evil intent, or involved reckless or callous indifference to Plaintiff's constitutional rights?

_____ YES
_____ NO

b. Do you unanimously find that Plaintiff has proved, by a preponderance of the evidence, that Defendant Brazil's conduct was motivated by evil intent, or involved reckless or callous indifference to Plaintiff's constitutional rights?

_____ YES

_____ NO

c. Do you unanimously find that Plaintiff has proved, by a preponderance of the evidence, that Defendant Maloney's conduct was motivated by evil intent, or involved reckless or callous indifference to Plaintiff's constitutional rights?

_____ YES
_____ NO

d. Do you unanimously find that Plaintiff has proved, by a preponderance of the evidence, that Defendant Fredericks' conduct was motivated by evil intent, or involved reckless or callous indifference to Plaintiff's constitutional rights?

_____ YES
_____ NO

e. Do you unanimously find that Plaintiff has proved, by a preponderance of the evidence, that Defendant McKissack's conduct was motivated by evil intent, or involved reckless or callous indifference to Plaintiff's constitutional rights?

_____ YES
_____ NO

f. Do you unanimously find that Plaintiff should be awarded punitive damages for violations of his constitutional rights under § 1983?

_____ YES
_____ NO

g. If you answered yes to an award of punitive damages in Question 7f, please state the amount of punitive damages for each Defendant for whom you answered "Yes" in Questions 7a-7e.

| | |
|---|---|
| Morell | $ _______ |
| Brazil | $_______ |
| Maloney | $_______ |
| Fredericks | $_______ |
| McKissack | $_______ |

*Your deliberations are now complete. Please have the foreperson sign the verdict form.*

August 19, 2026
Columbia, South Carolina

[redacted]
Foreperson

[redacted]
Print Name